No. 75–6298.   McKELDIN *v.* TENNESSEE.   Appeal from Sup. Ct. Tenn. dismissed for want of jurisdic-

tion. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ■